THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LIZZIE ELLEN WIGGINS, Appellant.

(Argued May 1, 1883; decided May 11, 1883.)

MEM. of decision below (28 Hun, 308).

The defendant was indicted and convicted of grand larceny in stealing a pocket-book containing money from one Mrs. Curtis, who was not produced as a witness on the trial. Because of this, it was objected that the prisoner could not be convicted. The court here say:

"It was not necessary to call Mrs. Curtis as a witness. There was sufficient evidence that she was the person in Macy's store; that she owned the pocket-book, and that the defendant took it from her, against her will and without her consent, and for the purpose of stealing it."

*Benjamin Steinhardt* for appellant.

*A. J. Requier* for respondent.

EARL, J., reads mem. for affirmance.
All concur.
Judgment affirmed.